## STATE v. JEROME LYNN EVERS.

198 N. W. 2d 541.

June 9, 1972—No. 42984.

*C. Paul Jones,* State Public Defender, and *G. Thomas MacIntosh II* and *Edgar H. Rex, Jr.,* Assistant State Public Defenders, for appellant.
*Warren Spannaus,* Attorney General, *Robert J. Berens,* County Attorney, and *William T. O'Connor,* Assistant County Attorney, for respondent.

Heard before Knutson, C. J., and Otis, Todd, and MacLaughlin, JJ.

PER CURIAM.
A jury found defendant guilty of kidnapping in violation of Minn. St. 609.25, aggravated rape in violation of § 609.291, and indecent liberties

in violation of § 609.296. An examination of the record indicates ample evidence to sustain the jury's verdict. The weight and credibility of disputed evidence is properly determined by the jury. State v. Darrow, 287 Minn. 230, 177 N. W. 2d 778 (1970).

Affirmed.